UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

                                                    :
COREY SIPKIN PHOTOGRAPHY LLC,                       :
                                                    :
                              Plaintiff,            :
                                                    :                24-cv-719 (LJL)
             -v-                                    :
                                                    :                ORDER
ESPN, INC.,                                         :
                                                    :
                              Defendant.            :
                                                    :
----------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2024
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within forty-five (45) days of this Order.  Any application to reopen

filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Any pending motions are DISMISSED as moot, and all conferences and deadlines are

CANCELLED.


        SO ORDERED.

Dated: May 6, 2024
        New York, New York               _____
                                                    LEWIS J. LIMAN
                                            United States District Judge